# UNITED STATES DISTRICT COURT
## for the
### EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Montanna B. Gore**                   Docket No. 5:22-CR-62-1M

### Petition for Action on Probation

COMES NOW Jonathan A. Holmes, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Montanna B. Gore, who, upon an earlier plea of guilty to Aiding and Assisting in the Preparation of a False Tax Return, in violation of 26 U.S.C. § 7206(2), was sentenced by the Honorable Richard E. Myers II, Chief United States District Judge, on December 14, 2023, to 60 months probation under the conditions adopted by the court.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

The defendant's original term of probation included conditions ordering him to abide by terms of the home detention program for a period not to exceed 36 consecutive months and to submit to radio frequency monitoring.

Since his release from incarceration, the defendant has made regular payments towards his financial obligation and has been in full compliance with his terms of probation, including his home detention and radio frequency monitoring. Given his full compliance, it is the recommendation of the probation office to allow the defendant's term of home detention and radio frequency monitoring to be terminated.

**PRAYING THAT THE COURT WILL ORDER** that probation be modified as follows:

1. The previously ordered Home Detention, for a period of 36 consecutive months, and his radio frequency monitoring condition be stricken from the conditions of probation.

Except as herein modified, the judgment shall remain in full force and effect.

                                        I declare under penalty of perjury that the foregoing is true and correct.

                                        /s/ Jonathan A. Holmes
                                        Jonathan A. Holmes
                                        U.S. Probation Officer
                                        310 New Bern Avenue, Room 610
                                        Raleigh, NC 27601-1441
                                        Phone: 919-861-8699
                                        Executed On: April 30, 2025

Montanna B. Gore
Docket No. 5:22-CR-62-1M
Petition For Action
Page 2

ORDER OF THE COURT

Considered and ordered this \_\_\_1st\_\_\_ day of \_\_\_May\_\_\_, 2025, and ordered filed and made a part of the records in the above case.

*Richard E. Myers II*
Richard E. Myers II
Chief United States District Judge